## UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

SASA STANISIC,

      Plaintiff,

v.                                                  Case No.: 6:21-cv-1476-RBD-EJK

CFI RESORTS MANAGEMENT, INC.,
d/b/a Westgate Resorts, Inc.

      Defendant.

_____/_____

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41 (1)(A)(ii), Plaintiff SASA STANISIC stipulates to the ***dismissal WITH PREJUDICE*** of his action against Defendant CFI RESORTS MANAGEMENT INC. Each party is responsible for paying their respective attorneys' fees, costs, and expenses incurred in this action.

Dated: July 27, 2022

| | |
|---|---|
| *s/* EDWARD W. WIMP_____ | _*s/* MARITZA M. CARMONA____ |
| EDWARD W. WIMP | MYRNA MAYSONET |
| FL Bar No.: 1015586 | Florida Bar No. 429650 |
| ANTHONY J. HALL | MARITZA M. CARMONA |
| FL Bar No.: 40924 | Florida Bar No. 1032138 |
| THE LEACH FIRM, P.A. | GREENSPOON MARDER LLP |
| 631 S. Orlando Avenue | 201 E. Pine Street, Suite 500 |
| Suite 300 | Orlando, FL 32801 |
| Winter Park, Florida 32789 | (407) 425-6559 |
| Direct: (407) 574-6339 | Myrna.Maysonet@gmlaw.com |
| ewimp@theleachfirm.com | Maritza.Carmona@gmlaw.com |
| ahall@theleachfirm.com | Sheila.Lee@gmlaw.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY, on July 27, 2022, I electronically filed the foregoing with the Clerk of Court via CM/ECF, which constitutes service on all parties through their counsel of record.

*s/* EDWARD W. WIMP____
Edward W. Wimp